1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRACY JAMAR BROWN,** | C 06-4194 MJJ (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **SCOTT KERNAN, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 30-day extension of time until August 2, 2007, in which to file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.  We have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including August 2, 2007, in which to file an answer or other responsive pleading.

///

1 | Dated: June 29, 2007

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

10 |

11 |

12 |

20094379.wpd
13 | SF2006403386

14 |

...

28 |

App. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus          Brown v. Kernan, Warden
                                                                                 C 06-4194 MJJ (PR)

2

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TRACY JAMAR BROWN,** <br><br> Petitioner, <br><br> v. <br><br> **SCOTT KERNAN, Warden,** <br><br> Respondent. | C 06-4194 MJJ (PR) <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.  Respondent's answer or other responsive pleading is due July 3, 2007 pursuant to this Court's May 15, 2007 Order granting respondent's second request for an extension of time.  I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

I was not the attorney who briefed this case on direct review in state court.  Since having this case assigned to me, I have been working on cases with chronological precedence, and have filed pleadings in *Bedford v. Ayers* (C 06-0748 CW (PR)), *Langley v. Carey* (C 06-

1 | 3254 JSW (PR)), and *Sanders v. Carey* (C 06-859 MHP (pr)). I am currently working on the
2 | pleading due in this case, and need additional time to finish it and have it reviewed by my
3 | supervisor.
4 |     Petitioner is in custody and representing himself. Therefore, I have not attempted to
5 | contact him to inform him about this application for an extension of time.
6 |     Accordingly, I request that the Court grant respondent an extension of 30 days, to and
7 | including August 2, 2007, in which to file a response to the petition.
8 |     I declare under penalty of perjury that the foregoing is true and correct.
9 |     Dated: June 29, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20094405.wpd
SF2006403386

Decl. of Counsel in Support of App. for Ext. of Time to File Response      Brown v. Kernan, Warden
C 06-4194 MJJ (PR)

2

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

| **TRACY JAMAR BROWN,** | C 06-4194 MJJ (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **SCOTT KERNAN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **August 2, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

IT IS SO ORDERED.


Dated: _____        _____
                                                The Honorable Martin Jenkins

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Brown v. Kernan, Warden**

No.:   **C 06-4194 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>June 29, 2007</u>, I served the attached **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF COUNSEL; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Tracy Jamar Brown
T-86155
California State Prison - Sacramento
P.O. Box 29
Represa, CA 95671

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 29, 2007, at San Francisco, California.

|               |                |
|---------------|----------------|
| D. Desuyo     | /s/ D. Desuyo  |
| Declarant     | Signature      |

20094424.wpd