IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN,<br><br>   Petitioner,<br><br> vs.<br><br>KERNAN, Warden,<br><br>   Respondent. | C 06-4194 MJJ (PR)<br><br>**ORDER ON PENDING MOTIONS**<br><br>(Docket Nos. 15, 19, 20) |

  Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254 raising four claims. Good cause appearing, respondent's motion for an extension of time, to and including **August 2, 2007,** in which to file an answer is GRANTED. Petitioner has filed a motion indicating he is receiving six hours per week of law library access and one monitored phone call per week to his former counsel. Petitioner's motion seeks an order from this Court that he be allowed 14 hours per week of law library access, and three unmonitored phone calls per week. Petitioner cites no authority, and this Court is aware of none, that he is entitled to such an order. If petitioner needs additional time to prepare a traverse, which in any event is not due for another two months, additional time will be granted upon a showing of good cause. Petitioner's motion for "clarification and modification" is DENIED.

  This order terminates Docket Nos. 15, 19 & 20.

  IT IS SO ORDERED.

DATED: 7/6/2007

              _____
              MARTIN J. JENKINS
              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN,, <br><br> Plaintiff, <br><br> v. <br><br> KERNAN, Warden, <br><br> Defendant. _____/ | Case Number: C 06-4194 MJJ   MJJ <br><br> **CERTIFICATE OF SERVICE** <br><br> **ON NON E-FILING PARTY** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Tracy Jamar Brown**
California State Prison - Sacramento
Prisoner Id T-86155
P.O. Box 29
Represa, CA 95671

Dated: July 11, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk