**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN, | C 06-4194 MJJ (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| vs. | |
| KERNAN, Warden, | (Docket No. 25) |
| Respondent. | |

Good cause appearing, petitioner's request for an extension of time in which to file a traverse in this matter is GRANTED.

This order terminates Docket No. 25.

IT IS SO ORDERED.

DATED: 9/14/07

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRACY JAMAR BROWN,

        Plaintiff,

v.

SCOTT KERNAN et al,

        Defendant.

Case Number: CV06-04194 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy Jamar Brown
California State Prison - Sacramento
Prisoner Id T-86155
P.O. Box 29
Represa, CA 95671

Dated: September 14, 2007

Richard W. Wieking, Clerk
By: Alfred Amistoso, Deputy Clerk