IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN, | C 06-4194 MJJ (PR) |
| Petitioner, | **ORDER GRANTING LEAVE TO FILE TRAVERSE** |
| vs. | |
| KERNAN, Warden, | (Docket No. 27) |
| Respondent. | |

Good cause appearing, petitioner's request to file traverse in excess of 40 pages is GRANTED.

This order terminates Docket No. 27.

IT IS SO ORDERED.

DATED: 10/23/07

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRACY JAMAR BROWN,

        Plaintiff,

  v.

SCOTT KERNAN et al,

        Defendant.
                                /

Case Number: CV06-04194 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy Jamar Brown
California State Prison - Sacramento
Prisoner Id T-86155
P.O. Box 29
Represa, CA 95671


Dated: October 25, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk