**FILED**
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN,<br><br>  Petitioner,<br><br>  vs.<br><br>KERNAN, Warden,<br><br>  Respondent. | C 06-4194 MJJ (PR)<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(Docket No. 21) |

  Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner has filed a request for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. <u>Knaubert v. Goldsmith</u>, 791 F.2d 722, 728 (9th Cir.), <u>cert. denied</u>, 479 U.S. 867 (1986). Pursuant to 18 U.S.C. § 3006A(a)(2)(B), however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." Petitioner's claims have already been adequately presented in the petition and are not especially complex. If the Court ascertains a need for assistance of counsel at a later stage of this litigation, the Court will sua sponte issue an order appointing counsel. At this time, the interests of justice do not require such appointment, and petitioner's motion is DENIED.

  This order terminates docket number 21.

  IT IS SO ORDERED.

DATED: 1/29/2008

            MARTIN J. JENKINS
            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRACY JAMAR BROWN,

    Plaintiff,

v.

SCOTT KERNAN et al,

    Defendant.

                                /

Case Number: CV06-04194 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy Jamar Brown
California State Prison - Sacramento
Prisoner Id T-86155
P.O. Box 29
Represa, CA 95671

Dated: January 30, 2008



Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk