Mr. Tracy Ja'Mare Brown-T86155
California State Prison/Sacramento
P.O. Box 29
Represa, CA. 95671-0066

**In Pro.Per.**

FILED
08 APR -2 PM 12:54
CLERK W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Tracy Ja'Mare Brown,<br>　　　　Petitioner<br>vs.<br>Scott Kernan, Warden,<br>　　　　Respondent, | C 06-4194 MJJ(PR)<br><br>**MOTION TO AMEND TRAVERSE TO INSERT SUB-HEADING AT PAGE 31, BETWEEN LINES 10 and 11.** |

　　Petitioner, a California prisoner, filed a habeas corpus petition pursuant to 28 U.S.C § 2254 raising four meritorious claims of constitutional magnitude. On September 28, 2007, Petitioners Traverse was filed with this court in which Petitioner addressed the harm caused by each issue raised in his petition. After consideration and consultation from person(s) more knowledgable of Federal law, Petitioner hereby request this court to allow him to insert the following sub-heading at page 31,

1  between lines 10 and 11 of Petitioners Traverse that was filed
2  with this court on September 28, 2007. The "sub-heading" should
3  read and be written as follows:

4  <u>JURY INSTRUCTION 2.50 VIOLATED PETITIONERS DUE PROCESS RIGHTS AND
   DENIED PETITIONER A FAIR TRIAL(1)BY ALLOWING THE JURY TO INFER
5  "MOTIVE", ON PETITIONERS BEHALF, TO KILL MARLIS CAULEY, ALTHOUGH
   THERE WAS NO EVIDENCE PRESENTED IN THE STATE COURT THAT THE
6  VICTIM WAS "ENCROACHING" UPON ANYONES TURF.(2) JURY INSTRUCTION
   2.51 INVITED THE JURY TO INFER PETITIONERS GUILT BASED ON HIS PRIOR
7  DRUG SALES AND INTOXICATION OF MARIJUANA ARREST, ARISING FROM THE
   FORMER 2.50 JURY INSTRUCTION. PETITIONERS DUE PROCESS RIGHTS WERE
8  FURTHER VIOLATED WHEN THE STATE COURT PERMITTED THE JURY TO INFER
   THE IDENTITY OF THE PERSON WHO KILLED THE VICTIM AND IN TURN,
9  CONVICT PETITIONER OF THE CRIME CHARGED BASED ON PETITIONERS PRIOR
   ARREST ALONE, REGARDLESS OF THE EVIDENCE PRESENTED. THESE ERRORS
10 WERE NOT HARMLESS IN THE LIGHT OF THE EVIEDENCE PRESENTED IN THE
   STATE COURT AND THEREFORE, HAD A SUBSTANTIAL AND INJURIOUS EFFECT
11 OR INFLUENCE IN DETERMINING THE JURY'S VERDICT.</u>

12 The omission that Petitioner now wishes to amend into his Traverse
13 arose from Petitioners laymenship to the law and being a Pro.Per.
14 litigant with no experience. Amending the above sub-heading into
15 Petitioners Traverse may also asist the reviewing court by avoid-
16 ing compounding Petitioners argument, instead, considering each
17 constitutional violation by it's influence, in this case, in deter-
18 mining the jury's verdict.
19 Petitioner prays for this court to grant the motion herein.
20 //
21 //                                       Repectfully Submitted
22 Date: 3/31/08
                                            Tracy Ja'Mare Brown

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __Tracy Ja'Mare Brown__, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:
x

       C.S.P/Sacramento
       P.O.Box 29
       Represa,CA.95671-0066

On, __March 31,2008__, I served the following documents:

__Motion to amend Traverse to insert sub-heading at page 31, between lines 10 and 11.__

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. Deputy Attorney General
   Michele J.Swanson
   455 Golden Gate Avenue,
   Suite 11000 San Francisco,
   CA. 94102-7004

2. Northern District Court
   450 Golden Gate ave.
   San Francisco, CA.94102-3483

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this __31__ day of __March__, __2008__, at California State Prison - Sacramento, Represa, California.

(Signature) _[signed] Tracy P.B._