Case Number: C 06-04194 JF
Title: Brown-v- Kernan et al

**FILED**

2008 JUN 24  P 2: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

To the clerk of the United States District Court, Northern District Of California (San Jose Division).

On April 7, 2008 my case was reassigned from the San Francisco Division, Martin J. Jenkins court to the court herein, Judge Jeremy Fogel.

Prior to my case being reassigned from Judge Jenkins to Judge Fogel I filed two motions, the first motion was filed on March 2, 2008, **"Motion For Appointment Of Counsel And Motion For Auxiliary Services"**. The second motion was filed on March 31, 2008, **"Motion To Amend Traverse To Insert Sub-heading at page 31 between lines 10 and 11"**. Since Petitioners case has been reassigned to Judge Jeremy Fogel's court Petitioner has not received notice that said motions has been denied or granted, nor has Petitioner received notice that said motions are pending although Petitioner has written the court herein several times concerning the matter.

Petitioner hereby request to be sent a printout of all of the motions filed, letters written etc. Thank you.

Date: 6.21.08

Sincerely,

Tracy Ja'mare Brown

Tracy Ja'mare Brown-T86155
California State Prison/Sacramento/New Folsom
P.O. Box 29
Represa, Ca. 95671-0066

Office Of The Clerk, U.S. District Court
Northern District Court Of California
280 South First Street, Room 2112
San Jose, California 95113-3095

```
0214
0004609711       $ 00.00⁰
MAILED FROM ZIPCODE 95670   JUN 23 2008
```