7.17.08

To: The Clerk of the U.S. District Court
    Northern District of California(San Jose Division)


Fr: Tracy Jamare Brown-T86155
    Case # 5:06-cv-04194-JF


This brief note is being written in regards to updating the court on my new address. As of 7.02.08 I was transfered from California State Prison Sacramento to **California State Prison Corcoran** P.O.Box 3461 Corcoran, CA. 93212.
**For future reference, all mail concerning case # 5:06-cv-04194-Jf should be forwarded to the address written above.**

**FILED**

JUL 2 1 2008

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely,

Tracy J. Brown

Tracy Jamere Brown-T86155
California State Prison/Corcoran
P.O.Box 3461
Corcoran,CA.93212

STATE
PRISON
CORCORAN

BAKERSFIELD CA 933
MOJAVE CA
16 JUL 2008 PM 4 T

USA FIRST-CLASS FOREVER

95113+3095

Office Of The Clerk,U.S. District Court
Northern District Of California
280 South First Street, Room 2112
San Jose, California 95113-3095