TRACY JA'MARE BROWN- T86155
P.O.Box 3461
Corcoran,CA.93212

In Pro Per

FILED

2008 SEP -4  P 3:16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

TRACY JA'MARE BROWN,

        Petitioner,

vs.

D. Adams, Warden,

        Respondent,

C 06-04194 JF

Ex Parte Motion
For Access To The
Prison Law library

    Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C § 2254 raising four meritorious claims of consitutional violations.

On April 7, 2008 Petitioner's case was reassigned from the San Franciso Division, to the court herein. On July 2, 2008 Petitioner was transferred from C.S.P/ Sacramento to his current location, C.S.P/Corcoran.

Upon arriving to C.S.P/Corcoran Petitioner has been bombarded with numerous difficulties in his attempts to gain access to the
//

1.

1 prison's law library and it's computer/materials, to no avail.
2 Petitioner has shown a copy of his previous order (See attached
3 page) by former judge Martin J. Jenkins to the prison's law librar-
4 ian Ms.Klippenstein and Petitioner has also forwarded a copy of
the order to the prison's litigation coordinator Mr. R.C.Garcia
5 only to be told that my court order "has expired".
6 Petitioner's case is currently pending an opinion from the court
7 herein, in light of this fact, Petitioner is a pro per litigant
with little to no experience in neither, criminal, civil or consti-
8 tutional law.
9 This particular juncture in Petitioner's appellate process is a
10 critical one and requires Petitioner to research, becoming at
least familiar with the steps of any recourse that must be taken
11 if sought remedy with the court herein fails.
12 At this point Petitioner does not know the appropriate time to
13 file objections to the magistrates report and recommendations and
just as important, how to file these objections.
14 
Further, Petitioner is not aware of the standard handed down from
15 **Barefoot v. Estelle**, 463 U.S. 880,893 (1983) on how to properly
16 obtain a "certificate of appealability", nonetheless, Petitioner
does not know how to apply such Supreme Court authority to his
17 own constitutional claims.
18 In **Toussaint v. McCarthy**, 801 F.2d 1080,1110 (9th Cir.1986), cert.
19 denied, 401 U.S. 1069 (1987) the court held that "[i]f the state
denies a prisoner reasonable access to a law library, the state
20 must provide that prisoner legal assistance."
21 "Regulations and practices that unjustifiably obstruct the availa-
22 bility of professional representation or other aspects of the right
of access to the courts are invalid"(quoting **Leeds v. Watson**, 630
23 F.2d 674, 676 (9th Cir.1980), **Procunier v. Martinez**, 416 U.S. 396,
24 419, 94 S.Ct. 1800, 40 L.Ed.2d 224 (1974).
25 Petitioner's lack of access to the prison law library is gradually
26 amounting to a full blown case of "actual injury". **Sands v. Lewis**,
886 F.2d 116,1171 (9th Cir.1989); see also **Wood v. Housewright**,
27 //
28 

2.

1. 900 F.2d 1332, 1335 (9th Cir.1990), specifically on August, 28, 2008 Petitioner was denied access to the law library by correctional officer Shinault.

Petitioner request that this court order prison official(s) and it's staff to provide Petitioner with "reasonable access" to the prison's law library **Lindquist v. Idaho State Bd.** of Corrections, 776 F.2d 851, 854 (9th Cir.1985). Petitioner ask for such access in light of any legitimate prison security concerns. See **U.S. v. Robinson**, 913 F2d at page 717.

Dated 8,29,08
8/29/08

x _____
Tracy J. Brown
Petitioner

3.

<u>ATTACHED PAGE, REFERRED TO</u>
<u>AT PAGE TWO.</u>

FILED
JAN 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>KERNAN, Warden,<br><br>　　　　Respondent. | C 06-4194 MJJ (PR)<br><br>**ORDER ON PENDING MOTIONS**<br><br>(Docket No. 2) |

　　　Petitioner, a California prisoner, filed this pro se habeas corpus petition pursuant to 28 U.S.C. § 2254 raising four claims. He has filed a motion to file a traverse in excess of 25 pages. Good cause appearing, petitioner may file a traverse up to 40 pages in length. Petitioner has also filed a motion to order prison officials to allow him to make collect phone calls to "counsel," and access to the law library. Prison officials shall allow petitioner reasonable access, in light of any legitimate prison security concerns, to the law library and to collect phone calls to his attorney.[1]

　　　This order terminates Docket Nos. 5 and 6.

　　　IT IS SO ORDERED.

DATED: 1/8/2007

　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Petitioner indicates that a former inmate, no longer in custody, had helped him with his petition. To the extent petitioner seeks to place collect calls to a former inmate, as opposed to his attorney, prison officials may take into any heightened security concerns such phone calls may raise.

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, __Tracy Ja'mare Brown__, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

```
C.S.P/Corcoran
P.O. Box 3461
Corcoran, CA. 93212
```

On, __8.29.08__, I served the following documents:

__Ex Parte Motion for access to the prison law library/ with one attached page. A total of six pages including proof of service form.__

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in ~~Represa~~ Corcoran California, with postage fully prepaid thereon, addressed as follows:

1. United States District Court Northern District of California (San Jose Division) 280 South First Street San Jose, CA. 95113

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this __29__ day of __august__, __2008__, at California State Prison - Sacramento, Represa, California.

(Signature) _[signed]_

8/24/08

8.29.08

To: The clerk of the Northern District Court

I would like to be sent a copy of the Northern District Rules of court as they pertain to pro per petitioner's appealing convictions from the the state court pursuant to U.S.C § 2254.
I will except any and all information that will help me become familiar with this Districts rules of court and how these rules are applied by court judges.

Thank You Very Much,

Tracy J. Brown

*[signature]*

Tracy Ja'mare Brown-T86155
C.S.P/Corcoran
P.O.Box 3461
Corcoran,CA.93212

CORCORAN STATE PRISON

LEGAL MAIL

United States District Court
Nothern District Of California
(San Jose Divison)
280 South First Street
San Jose,CA. 95113

To FJane 9/1/08

**LEGAL MAIL**